913 A.2d 863

Lawrence W. DUNN and Carol L. Dunn, His Wife, Coin Flip Associates, a Pennsylvania General Partnership, Mayview Road Associates Trust Agreement, Highland Farms Incorporated and Lowries Run Road Trust Agreement, on Behalf of All Similarly–Situated Taxpayers

v.

The BOARD OF PROPERTY ASSESSMENT, Appeals and Review of Allegheny County and County of Allegheny and All Local Taxing Authorities Located in Allegheny County

James T. Beebout and Karen L. Ferri, on Behalf of Themselves and Others Similarly–Situated

v.

The Board of Property Assessment, Appeals and Review of Allegheny County and County of Allegheny and All Local Taxing Authorities Located in Allegheny County

Petition of Lawrence W. Dunn and Carol L. Dunn, His Wife, Coin Flip Associates, a Pennsylvania General Partnership, Mayview Road Associates Trust Agreement, Highland Farms Incorporated, and Lowries Run Road Trust Agreement, on Behalf of All Similarly–Situated Taxpayers.

Supreme Court of Pennsylvania.

Dec. 13, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December 2006, the Petition of Allowance of Appeal is **GRANTED in part, LIMITED** to the following question:

Whether the trial court lacked equitable jurisdiction to rule on the merits of taxpayers' claim because the statutory remedy available for seeking individual tax refunds would not provide full relief?